# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**660**

**CAF 12-00090**

PRESENT: SCUDDER, P.J., SMITH, CARNI, LINDLEY, AND MARTOCHE, JJ.

---

IN THE MATTER OF CHARLENE H. FULLER,
PETITIONER-RESPONDENT,

V                                                                    ORDER

WILLIAM H. WALKER, RESPONDENT-RESPONDENT.
-------------------------------------------
MICHELE E. DETRAGLIA, ESQ., ATTORNEY FOR
THE CHILD, APPELLANT.

---

MICHELE E. DETRAGLIA, ATTORNEY FOR THE CHILD, UTICA, APPELLANT PRO SE.

-----------------------------------------------------------------------------------------------

     Appeal from an order of the Family Court, Oneida County (Joan E. Shkane, J.), entered August 9, 2011 in a proceeding pursuant to Family Court Act article 6. The order, among other things, adjudged that the parties have split custody of the subject child.

     It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs.

Entered:  June 29, 2012                              Frances E. Cafarell
                                                     Clerk of the Court